CHARLES FORDJOUR
03065788-DMM637
Src DOC - Santa Clara County
P.O. Box 361870
Milpitas, CA 95036
PLAINTIFF IN PRO PER

FILED

2004 FEB 17 P 4:02

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

Charles Fordjour,
  Plaintiff,

vs.

Director of Connecticut
Library, Attorney
General, ET. AL.
  Defendants

CASE NO CV 02-2117 (AWT)

"EMERGENCY MOTION FOR STATUS ON PENDING CASE"

Plaintiff Charles Fordjour hereby submits his motion for status on his pending case.

Good cause exists due to the fact that the court has not made any determination on the Civil Rights Complaint and for a court order directing the United States Marshal office to effect service of process on all defendants in this pending case. Plaintiff prays his motion be granted in its entirety.

Date: February 09, 2004   By: _____
                              CHARLES FORDJOUR - PRO PER
CC: Clerk / All Parties