CHARLES FORDJOUR
03065788-DMM637
SCCDOC - Santa Clara County
P.O. Box 361870
Milpitas, CA 95036

ORIGINAL

United States District Court
District of Connecticut
FILED AT HARTFORD
3/1/04
Kevin F. Rowe, Clerk
By: _____

UNITED STATES DISTRICT
FOR THE DISTRICT OF CONNECTICUT

Charles Fordjour,  ) CASE N° CV 02-2117 (AWT)
  Plaintiff,       )
                   ) "EMERGENCY MOTION FOR
  vs.              ) STATUS ON PENDING CASE"
                   )
Director of Connecticut )
Library; Attorney  )
General, ET. AL.   )
  Defendants       )

   Plaintiff Charles Fordjour hereby submits his Motion for Status on his pending case.
   Good cause exists due to the fact that the court has not made any determination on the Civil Rights Complaint and for a court order directing the United States Marshal Office to effect service of process on all defendants in this pending case. Plaintiff prays his Motion be granted in its entirety.

DATE: February 09, 2004

By: _____
CHARLES FORDJOUR - PRO PER

CC: Clerk/All parties