UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 MAR 31  P 1: 39

U.S. DISTRICT COURT

CHARLES FORDJOUR

v.   CASE NO. 3:02CV2117 (AWT)

DIRECTOR OF CONNECTICUT STATE
LIBRARY HISTORY AND GENEALOGY UNIT,
LIBRARIAN OF THE CONNECTICUT STATE
LIBRARY HISTORY AND GENEALOGY UNIT,
RICHARD BLUMENTHAL, ATTORNEY
GENERAL, RALPH E. URBAN, ASSISTANT
ATTORNEY GENERAL, and JOHN AND
JANE DOE 1-25

## JUDGMENT

This action came on for consideration of the plaintiff's complaint before the Honorable Alvin W. Thompson, United States District Judge.

The court considered the full record of the case including applicable principles of law, and filed a ruling and order dismissing the complaint without prejudice to the filing of an amended complaint within 45 days. The amended complaint shall include the names of the persons who held the positions of Director of Connecticut State Library History and Genealogy Unit, Librarian of the Connecticut State Library History and Genealogy Unit in August 2002 and the persons referenced only as John and Jane Doe 1-25. In addition, Fordjour may reassert the other claims included in the complaint, if he can allege facts to overcome the deficiencies identified in this ruling. Failure to file an amended complaint within the time specified will result in the dismissal of this case with prejudice.

Therefore, it is ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants, and this case is dismissed without prejudice to the filing of an amended complaint within 45 days in accordance with the ruling and order of the court.

Dated at Hartford, Connecticut, this 31st day of March, 2004.

KEVIN F. ROWE, Clerk

By _____
Sandra Smith
Deputy Clerk

EOD _____