CHARLES FORDJOUR
V28028
SAN QUENTIN STATE PRISON
1 MAIN STREET
SAN QUENTIN, CA 94974

FILED
2004 MAY 10 P
U.S. DISTRICT COURT
HARTFORD, CT

May 05, 2004

Attn: Kevin F. Rowe, Clerk
The clerk of the court
United States District Court
District of Connecticut
450 Main Street
Hartford, CT 06103
(860) 240-3200

RE:  Fordjour v. Director of Connecticut State
              Library History, et al

     Case No  CIV 2002-2117 (AWT)

Subject: "Emergency Request for Copies of Any
          Court Decisions, Orders and Rulings"

Dear Clerk:

Emergency Legal Notice and Request:

Please be advised that I am hereby requesting for any recent orders issued by the court in this case. As of February, 2004 plaintiff has **not** received any others from this court to date. Please send me any and all rulings made by this court in its entirety. Thank you

Respectfully, Charles Fordjour - plaintiff in pro per

CHARLES FORSTOUR
V 28028
SAN QUENTIN STATE PRISON
1 MAIN STREET
SAN QUENTIN, CA 94974

PLAINTIFF/APPELLANT IN PRO PER

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHARLES FORSTOUR, ET. AL. Plaintiff/Appellant, Vs. Director of Connecticut State Library History, ET. AL Defendants/Appellees. | No. CV 2002-2117 (AWT) "EMERGENCY NOTICE AND NOTICE OF MOTION FOR CHANGE OF ADDRESS" |

NOTICE IS HEREBY GIVEN TO THE COURT AND ALL PARTIES that effective Immediately, Starting 3/24/2004. Plaintiff's New Address is as follows;
CHARLES FORSTOUR
V 28028
SAN QUENTIN STATE PRISON, 1 MAIN STREET
SAN QUENTIN, CA 94974

DATE: MAY 05, 2004   a: All Parties   By: _____
CHARLES FORSTOUR - PLAINTIFF