ORIGINAL

CHARLES FORDJOUR
V28028
SAN QUENTIN STATE PRISON
1 MAIN STREET
SAN QUENTIN, CA 94974
PLAINTIFF AND APPELLANT IN PRO PER

United States District Court
District of Connecticut
FILED AT HARTFORD
JWalker
Kevin F. Rowe, Clerk
5/10/04
By_____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARLES FORDJOUR,
    ET. AL.
    Plaintiff / Appellant

         vs.

Director of Connecticut
State Library History
and Genealogy unit
    ET. AL.
    Defendants / Appellees

No. CV 2002-2117 (AWT)

"NOTICE OF APPEAL"
AND
"MOTION FOR DELAYED
NOTICE OF APPEAL"

Plaintiff and Appellant Fordjour pursuant to FRAP 4 et al hereby Appeals Any and All allege Final Orders and Judgment entered in this pending case in its Entirety.

(1)

<u>Caution!!!</u> plaintiff and Appellant Forfjour declares that he has <u>Never</u> been served with Any allege Final Order and Judgment in this pending case. plaintiff and Appellant Forfjour <u>Specifically</u> preserves his Rights to <u>Amend</u> his Notice of Appeal upon been served with Any Final Orders and Judgment in this case.

For the Record, plaintiff and Appellant Forfjour hereby moves and Requests for Motion for delayed Notice of Appeal due to the fact that Appellant has No Knowledge of Any final Final Judgment orders and decision but <u>Specifically</u> files this Motion to preserve his Rights.

(2)

Plaintiff and Appellant Fordjour Specifically Appeals Any and All Court Orders, Rulings, Decisions, Judgments rendered in this case in its Entirety with NO Exceptions.

Pursuant to FRAP 3(d), the clerk of the court is Required to Serve All parties with the Notice of Appeal Accordingly in this pending Case.

Respectfully Submitted this 5th Day of May, 2004

By: _____
CHARLES FORDJOUR - PLAINTIFF/APPELLANT

## CERTIFICATE OF SERVICE

Copy of the foregoing "Notice of Appeal" and "Motion for Delayed Notice of Appeal" were mailed by First class mail on May 05, 2004 and pursuant to 28 U.S.C. § 1746 Institutional Mail Deposit at San Quentin, CALIFORNIA as Follows:

(1) Kevin F. Rowe, clerk, U.S. District Court

(3)