**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------------x
CHARLES FORDJOUR,                   :
                                    :
      Plaintiff,                    :
                                    :
   v.                               :  Case No. 3:02CV02117 (AWT)
                                    :
DIRECTOR OF CONNECTICUT             :
STATE LIBRARY HISTORY AND           :
GENEALOGY UNIT, LIBRARIAN OF        :
THE CONNECTICUT STATE LIBRARY       :
HISTORY AND GENEALOGY UNIT,         :
RICHARD BLUMENTHAL,                 :
RALPH E. URBAN and JOHN and         :
JANE DOES 1-25,                     :
                                    :
      Defendants.                   :
                                    :
------------------------------------x
```

**<u>ENDORSEMENT ORDER</u>**

The plaintiff's emergency request for copies of any court decisions, orders and rulings as of February 2004 (Doc. No. 15) is hereby GRANTED. The Clerk shall send the plaintiff copies of all documents in the court file that have been filed on or after February 1, 2004.

In light of the plaintiff's representation that he has never received the court's most recent orders, the plaintiff may wish to file a motion for relief from judgment or order pursuant to Rule 60(b) of the <u>Federal Rules of Civil Procedure</u> in lieu of pursuing an appeal. If the court grants such a motion, the plaintiff will be required to comply with any outstanding court orders.

It is so ordered.

Dated this 20th day of May 2004, at Hartford, Connecticut.

```
                        _____/s/_____
                              Alvin W. Thompson
                          United States District Judge
```