CTDC (nhct) 02cv2117(AWT) INDEX

**FILED**

2004 JUN 17 P 2:31

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

US Courthouse
Foley Square
New York, NY 10007
212-857-8500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 12/02/2002 | 1 | MOTION by Charles Fordjour to Proceed in Forma Pauperis (Sanders, C.) (Entered: 12/04/2002) |
| 12/02/2002 | 2 | FINANCIAL AFFIDAVIT by Charles Fordjour (Sanders, C.) (Entered: 12/04/2002) |
| 12/02/2002 | 3 | COMPLAINT (Sanders, C.) (Entered: 12/04/2002) |
| 12/02/2002 | 4 | Prisoner Authorization Form by Charles Fordjour (Sanders, C.) (Entered: 12/04/2002) |
| 02/03/2003 | 5 | NOTICE to petitioner re: papers returned for insufficient IFP. Case to be dismissed by 3/5/03 if insufficiency not corrected ( by Mag. Judge Holly B. Fitzsimmons ) (Jaiman, R.) (Entered: 02/03/2003) |
| 02/26/2003 |  | COMPLIANCE With Insufficiency re [5-1] notice. IFP. (Larsen, M.) (Entered: 02/28/2003) |
| 02/26/2003 | 6 | AMENDED MOTION by Charles Fordjour to Proceed in Forma Pauperis referring to: [1-1] motion to Proceed in Forma Pauperis by Charles Fordjour (Larsen, M.) (Entered: 02/28/2003) |
| 02/26/2003 | 7 | AFFIDAVIT by Charles Fordjour Re [6-1] amended motion to Proceed in Forma Pauperis by Charles Fordjour (Larsen, M.) (Entered: 02/28/2003) |
| 02/26/2003 |  | **Terminated document [1-1] motion to Proceed in Forma Pauperis; amended IFP filed (doc. #6) (Larsen, M.) (Entered: 02/28/2003) |
| 02/26/2003 | 8 | MOTION by Charles Fordjour to Extend Time to submit 6-month account statement date not specified (Larsen, M.) (Entered: 02/28/2003) |
| 03/10/2003 |  | ENDORSEMENT granting [6-1] amended motion to Proceed in Forma Pauperis ( signed by Mag. Judge Holly B. Fitzsimmons ) (Jaiman, R.) (Entered: 03/11/2003) |

| Date | | # | Description |
|---|---|---|---|
| 03/13/2003 | | 9 | RULING and ORDER denying [8-1] motion to Extend Time to submit 6-month account statement ( signed by Mag. Judge Holly B. Fitzsimmons ) 1 Page(s) (Jaiman, R.) (Entered: 03/13/2003) |
| 02/17/2004 | 🔵 | 10 | MOTION for Status of Pending Case by Charles Fordjour. Responses due by 3/9/2004 (Corriette, M.) (Entered: 02/18/2004) |
| 03/01/2004 | 🔵 | 11 | EMERGENCY MOTION for Status on Pending Case by Charles Fordjour. Responses due by 3/22/2004 (Basile, F.) (Entered: 03/03/2004) |
| 03/11/2004 | 🔵 | 12 | NOTICE TO PARTIES, this file is now being maintained in Hartford. Signed by Clerk on 3/11/04. (Jaiman, R.) (Entered: 03/11/2004) |
| 03/11/2004 | | | ***Set Flags (Jaiman, R.) (Entered: 03/11/2004) |
| 03/29/2004 | 🔵 | 13 | RULING & ORDER denying as moot 10 Motion re: status of case, denying as moot 11 Emergency Motion re: status of case. The complaint is DISMISSED without prejudice. Signed by Judge Alvin W. Thompson on 3/29/04. (Gothers, M.) (Entered: 04/01/2004) |
| 03/31/2004 | 🔵 | 14 | JUDGMENT in favor of defendants against plaintiff. The case is dismissed without prejudice. Signed by Clerk on 3/31/04. (Gothers, M.) (Entered: 04/01/2004) |
| 03/31/2004 | | | ***Civil Case Terminated. (Gothers, M.) (Entered: 04/01/2004) |
| 05/10/2004 | 🔵 | 15 | EMERGENCY MOTION for copies of any court decisions, orders or rulings by Charles Fordjour. Responses due by 5/31/2004 (Walker, J.) (Entered: 05/11/2004) |
| 05/10/2004 | 🔵 | 16 | NOTICE OF APPEAL as to 14 Judgment, & 13 Order on Motion for Miscellaneous Relief, by Charles Fordjour. Certified copy of docket and copy of NOA mailed to USCA. (Gothers, M.) (Entered: 05/11/2004) |
| 05/12/2004 | 🔵 | | Index transmitted to US Court of Appeals re 16 Notice of Appeal (Gothers, M.) (Entered: 05/20/2004) |
| 05/17/2004 | | | ***Party usca rep by US Court of Appeals added. (Gothers, M.) (Entered: 05/17/2004) |
| 05/20/2004 | 🔵 | | Index transmitted to US Court of Appeals re 16 Notice of Appeal (Gothers, M.) (Entered: 05/20/2004) |