**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-----------------------------------x
CHARLES FORDJOUR,                   :
                                    :
        Plaintiff,                  :
                                    :
    v.                              :  Case No. 3:02CV02117 (AWT)
                                    :
DIRECTOR OF CONNECTICUT             :
STATE LIBRARY HISTORY AND           :
GENEALOGY UNIT, LIBRARIAN OF        :
THE CONNECTICUT STATE LIBRARY       :
HISTORY AND GENEALOGY UNIT,         :
RICHARD BLUMENTHAL,                 :
RALPH E. URBAN and JOHN and         :
JANE DOES 1-25,                     :
                                    :
        Defendants.                 :
                                    :
-----------------------------------x
```

**ENDORSEMENT ORDER**

    The Clerk shall docket the attached copy of a motion to vacate judgment pursuant to Rule 60(b) of the <u>Federal Rules of Civil Procedure</u>, which has been received by the court from the plaintiff. The plaintiff's motion is hereby GRANTED in part. The judgment is vacated, and the Clerk shall reopen this case.

    The plaintiff is ordered to comply with the March 29, 2004 order of the court, as follows: The plaintiff shall file an amended complaint within forty-five (45) days from the date of this ruling. To the extent that the plaintiff has not obtained the names of John and Jane Does 1-24, he may use those names for purposes of the amended complaint until he is able, through discovery, to determine the true names. The plaintiff may add those names later if the court determines that his amended complaint should not be dismissed pursuant to 28 U.S.C. § 1915 (e)(2)(B)(i)-(iii).

    The plaintiff's failure to comply with this order will result in dismissal of his case.

    It is so ordered.

    Dated this 9th day of July 2004, at Hartford, Connecticut.

                                                  _____/s/_____
                                                        Alvin W. Thompson
                                               United States District Judge