Charles Forfjour
V28028-GF6-33M
1 Kings Way
P.O. Box 9
Avenal, CA 93204

Attn: Kevin F. Rowe, Clerk
The Clerk of the Court
United States District Court
450 Main Street
Hartford, CT 06103

RE: Charles Forfjour V. Director of CT State et al
    Case No: 3:02 CV 2117 (AWT)

Subject: "Emergency Request for a Complete Copy of the Local Rules of the Court"

Dear Clerk:

   Emergency Legal Notice and Request

   Please be advised that I am hereby Requesting for a complete copy of the Local Rules (L.R.) of the District Court on Emergency Basis.
   Enclosed also is a signed certificate of service of Resubmitted Motions.
   For the Record, I need the Local Rules to ensure that all my Motions and pleading comply henceforth.
Respectfully, Charles Forfjour

DENIED. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT
07/21/04

2004 JUL 21 P 5:16
U.S. DISTRICT COURT
HARTFORD, CT