Charles Forty-four
V28028-GF6-33M
1 Kings Way
P.O. Box 9
Avenal, CA 93204

Attn: Kevin F. Rowe, Clerk
The Clerk of the Court
United States District Court
450 Main Street
Hartford, CT 06103

RE: Charles Fortyjour V. Director of CT State et al
    Case No. 3:02 CV 2117 (AWT)

Subject: "Emergency Request for a Complete Copy of the Local Rules of the Court"

Dear Clerk:

<u>Emergency Legal Notice and Request</u>

Please be advised that I am hereby requesting for a complete copy of the Local Rules (L.R.) of the District Court on Emergency Basis.

Enclosed also is a signed certificate of Service of Resubmitted Motions.

For the Record, I need the Local Rules to ensure that all my Motions and pleading comply henceforth.

Respectfully, Charles Fortyjour

[Stamps: DENIED. It is so ordered. Alvin W. Thompson, U.S.D.J. Hartford, CT 07/21/04 — 2004 JUL 21 P 5:16 U.S. DISTRICT COURT HARTFORD, CT]