Charles Fordjour
V28028-650-1-44L
1 Kings Way
P. O. Box 9
Avenal, CA 93204
(559) 386-0587 Ext 6631/6687
PLAINTIFF IN PRO PER

ORIGINAL

FILED
2004 AUG -9 A 11: 31
U.S. DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Charles Fordjour,
    Plaintiff(s)

vs.

Director of Connecticut
State Library History
et al.
    Defendants

CASE No. 3:02 CV 2117(AWT)

"EMERGENCY MOTION FOR A COURT ORDER DIRECTING THE CLERK TO CHANGE PLAINTIFFS ADDRESS ON FILE TO HIS CURRENT ADDRESS FILED WITH HIS NOTICE OF CHANGE OF ADDRESS"

(Assigned to Honorable Judge Alvin W. Thompson)

Pursuant to Federal Rules of Civil Procedure and Local Rules, plaintiff Fordjour hereby

(1)

Motions and Requests on Emergency Basis for a Court Order directing the clerk of the court to change plaintiff's current Address as follows:

> CHARLES FORSTOUR
> V28028-650-1-44L
> Avenal State Prison
> 1 Kings Way
> P.O. BOX 9
> Avenal, CA 93204

For the Record, plaintiff filed an immediate Change of Address with the clerk but the clerk has still <u>not</u> change plaintiff's Address to Avenal, California causing <u>significant delays</u> in his Legal Mail for up to <u>three to 4 weeks</u> delay for Mail to be forwarded from San Quentin State Prison to Avenal State Prison. Plaintiff has been Extremely prejudiced by these delays.

(2)

WHEREFORE, plaintiff prays that his Motion be granted in its Entirety.

Further this Court should grant Any other Relief that plaintiff is entitled to as Law and Justice Requires.

Date: August 04, 2004

By: _____
CHARLES FORDJOUR - PLAINTIFF

CERTIFICATE OF SERVICE

Copy of the foregoing Motion were mailed via First Class Mail and pursuant to 28 USCF 1746 Institutional Mail System at Avenal, California and Houston v. Lock, supra of follows.

(1) Kevin F. Rowe, clerk
United States District Court
Office of the clerk
450 Main Street
Hartford, CT 06103

(2) Madeline A. Melchionne, Esq
Attorney General's Office
State of Connecticut
110 Sherman Street
Hartford, CT 06105
(860)-808-5450
Attorney for Defendants

By: _____
CHARLES FORDJOUR

(3)