02cv2117mot.
ORIGINAL

FILED
2004 AUG -9 A 11: 31
U.S. DISTRICT COURT
HARTFORD, CT.

93.
Charles Fordjour
V 28028 - 650 - 1 - 44 L
1 Kings Way
P. O. Box 9
Avenal, CA 93204
(559) 386-0587 Ext 6631/6687
PLAINTIFF IN PRO PER

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Charles Fordjour,
        plaintiff(s)

VS.

Director of Connecticut
State Library History
        et al.
        Defendants

FILED
2004 AUG 12 P 4: 3
U.S. DISTRICT COURT
HARTFORD, CT.

) CASE No 3:02 CV 2117(AWT)
)
) "EMERGENCY MOTION
) FOR A COURT ORDER
) DIRECTING THE CLERK
) TO CHANGE PLAINTIFF'S
) ADDRESS ON FILE
) TO HIS CURRENT
) ADDRESS FILED
) WITH HIS NOTICE OF
) CHANGE OF ADDRESS"
) (Assigned to Honorable Judge
   Alvin W. Thompson)

Pursuant to Federal Rules of Civil Procedure
and Local Rules, plaintiff Fordjour hereby
                (1)

GRANTED. The Clerk shall update the docket to reflect the plaintiff's current address. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 08/XX/04