Charles Fordjour
V28028-650-1-44L
ASP- Avenal
1 Kings Way
P.O. Box 9
Avenal, CA 93204
(559) 386-0587 Ext 6631/6687/6619
PLAINTIFF IN PRO PER

FILED

2004 AUG 27 A 11: 21

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Charles Fordjour,               ) CASE No 3:02CV02117(AWT)
        Plaintiff,              )
                                ) "EMERGENCY MOTION
    vs.                         ) FOR THIRTY (30)
                                ) DAYS EXTENSION OF
Director of Connecticut         ) TIME TO FILE
State Library History and       ) FIRST AMENDED
Genealogy unit;                 ) COMPLAINT"
        et al                   )
        Defendants              ) (Assigned to Honorable
                                )  Judge Alvin W. Thompson)

Pursuant to Rule 6(a)(b) et al of the Federal Rules of Civil Procedure, plaintiff

(1)

Fordjour hereby Motions and Requests on Emergency Basis for Thirty (30) days Extension of Time to file his First Amended Complaint.

Good Cause Exists, due to the fact that due to circumstances beyond plaintiff's control, the court order filed and issued on July 09, 2004 was <u>Not</u> Received by plaintiff Fordjour until July 28, 2004. The clerk of the district court sent the court order to plaintiff's former Address at San Quentin State prison instead of his current Address at Avenal State prison. As a direct result the court order was <u>delayed significantly</u> in Reaching plaintiff.

(2)

In Addition, plaintiff needs Extension of time to obtain Additional Records and information necessary and critical to allow plaintiff to file a First Amended Complaint to comply with the March 29, 2004 and July 09, 2004 court orders.

WHEREFORE, plaintiff for &your prays that in Good Faith and in the Interest of Justice his motion be granted in its Entirety.

This court should grant Any other Relief that plaintiff is entitled to as Law and Justice Requires plaintiff Stipulates that he will be extremely prejudiced if he is not granted the Extension of time to file his

(3)

First Amended Complaint to seek all Relief his entitled to As a Matter of Law and in the Interest of comity.

Respectfully Submitted this 20th Day of August, 2004.

By: _____
CHARLES FORSTOUR - PLAINTIFF IN PROPER

## CERTIFICATE OF SERVICE

Copy of the foregoing "Emergency Motion for Extension of time" were mailed via First Class Mail on August 20, 2004 by institutional Mail System and MailBox Rule pursuant to 28 U.S.C. § 1746 and FRAP 25(a) at Avenal, California as follows: (3) Hon. Judge Alvin W. Thompson

(1) Attn: Kevin F. Rowe, clerk - The clerk of the court United States district court, 450 Main Street Hartford, CT 06103

(2) Madeline A Melchionne - Attorney Generals Office 110 Sherman Street, Hartford, CT 06105

(4)

By: _____
CHARLES FORSTOUR