Charles Fordjour
V28028-650-1-44L
ASP- Avenal
1 Kings Way
P.O. Box 9
Avenal, CA 93204
(559) 386-0587 Ext 6631/6687/6685
PLAINTIFF IN PRO PER

FILED
2004 AUG 27 A 11: 21
U.S. DISTRICT COURT
HARTFORD, CT.

Extension GRANTED, **nunc pro tunc**, to and including September 29, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   09/03/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Charles Fordjour, Plaintiff, vs. Director of Connecticut State Library History and Genealogy unit; et al Defendants | CASE N° 3:02CV2117(AWT) "EMERGENCY MOTION FOR THIRTY (30) DAYS EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT" (Assigned to Honorable Judge Alvin W. Thompson) |

Pursuant to Rule 6(a)(b) et al of the Federal Rules of Civil Procedure, plaintiff

(1)