

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007**

Roseann B. MacKechnie
CLERK

FILED
SEP 21  1:33 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

Date:              9/13/04
Docket Number:     04-2895-pr
Short Title:       Fordjour v. Doe
DC Docket Number:  02-cv-2117
DC:                DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:          Honorable Alvin Thompson

### ORDER OF DISMISSAL



NOTICE HAVING BEEN GIVEN ZZ! that Appellant was required to file a Prisoner Authorization form, properly signed and without alternation, and

**APPELLANT HAVING FAILED** to file said Prisoner Authorization form within the **THIRTY DAYS** prescribed,

**THIS APPEAL IS DISMISSED**.

### CERTIFICATE OF MAILING

The undersigned Deputy Clerk hereby certifies that this Order was mailed this date to all parties to this action.

**SO ORDERED,**

Certified:    SEP 1 3 2004

For the Court
Roseann B. MacKechnie, Clerk

By: Frank Perez
Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK