Charles Fordjour
V28028-650-1-44L
ASP-Avenal
1 Kings Way
P.O. Box 9
Avenal, CA 93204
(559) 386-0587
PLAINTIFF IN PROPER

FILED
2004 OCT -5  A 11: 02

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Charles Fordjour,<br>Plaintiff(s)<br><br>Vs.<br><br>Director of Connecticut State Library History and Genealogy Unit.;<br>et al.<br>Defendants. | CASE No: 3:02 CV 2117 (AWT)<br><br>"EMERGENCY MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT"<br><br>(Assigned to Honorable Judge Alvin W. Thompson). |

Pursuant to Rule 6(a)(6) of the

(1)

Federal Rules of Civil Procedure, plaintiff for four motions, Requests and moves for Leave to file the Attached First Amended Complaint.

Good cause Exists, due to the fact that due to circumstances beyond plaintiff's control and pursuant to <u>Houston v. Lack</u>, 487 U.S. 266, 270, 276 (1988); Mailbox Rule and FRAP 25(a) et al. plaintiff's First Amended Complaint and pleadings are deem filed when submitted to the Institution Mail system to be forwarded to the courts and All parties.

Plaintiff gives Notice that on September 28, 2004 he delivered Two

(2)

Separate Legal Documents in Two Seperate Legal Envelopes consisting of Motion for Leave to file and First Amended Complaint to the clerk of the court.

Caution!!!! This Emergency Motion is been Submitted as a precaution and to preserve plaintiff's Rights due to the fact that plaintiff has No control as to Any delays or undue delays cause by Institutional Mail System or prison officials in forwarding the Legal documents to the court and All parties.

Wherefore, plaintiff prays that In good faith and in the Interest of Justice his Motion be granted in its Entirety.

(3)

Further this court should grant Any other Relief that plaintiff is entitled to As Law and Justice Requires and in the Interest of comity.

Respectfully Submitted this 28th day of September, 2004.

By: _____

CHARLES FORATOUR - PLAINTIFF IN PRO PER

CERTIFICATE OF SERVICE:

Copy of the foregoing Motion for Leave to file were mailed via United States postal service, postage prepaid by First class Mail on September 28, 2004

(4)

Pursuant to 28 U.S.C § 1746 Institutional Mail System at Avenal California and FRAP 25(a) including the Mailbox Rule as follows:

(1) Attn: Kevin F. Rowe, Clerk
The Clerk of the Court
United States District Court
450 Main Street
Hartford, CT 06103

(2) Madeline Ann Melchionne, Esq
Assistant Attorney General
Attorney General Office, State of Connecticut
110 Sherman Street
Hartford, CT 06105
Tel. (860) 808-5450
Attorneys for Defendants/Appellees

By: _____
CHARLES FORSHOUR

(5)