02cv2117 Mtn
02CV2117 end 28

Charles Fordjour
V28028-650-1-44L
ASP- Avenal
1 Kings Way
P.O. Box 9
Avenal, CA 93204
(559) 386-0587
PLAINTIFF IN PRO PER

FILED
2004 OCT -5  A II: 02
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

Charles Fordjour,
      Plaintiff(s)

Vs.

Director of Connecticut
State Library History
and Genealogy Unit;
et al.
      Defendants.

CASE №: 3:02 CV 2117 (AWT)

"EMERGENCY MOTION
FOR LEAVE TO
FILE FIRST AMENDED
COMPLAINT"

(Assigned to Honorable
Judge Alvin W. Thompson)

Pursuant to Rule 6(a)(6) of the

(1)