Charles Fordjour
V28028-650-1-65L
ASP - Avenal
1 Kings Way
P.O. Box 9
Avenal, CA 93204
(559) 386-0587

PLAINTIFF IN PRO PER

FILED
2004 DEC 27  A 11:09
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Charles Fordjour, et al<br>Plaintiffs<br><br>vs.<br><br>Director of Connecticut State Library History and Genealogy unit et al.<br>Defendants | No. 3:02CV2117 (AWT)<br><br>"EMERGENCY MOTION FOR THIRTY (30) DAYS EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT"<br><br>(Assigned to Honorable Judge Alvin W. Thompson) |

Pursuant to Rule 6(a)(6) of the

Federal Rules of Civil Procedure, plaintiff Charles Fordjour hereby moves for Thirty (30) Days Extension due to Extraordinary Circumstances beyond plaintiff's control.

Pursuant to the Court Order filed on November 11, 2004 the First Amended complaint was due on December 22, 2004.

Good Cause Exist, due to the fact that on December 11, 2004 plaintiff's spouse Angela Fordjour died and plaintiff was under Tremendous Stress to make arrangements for Funeral and Burial services including making provisions for the caring of their dependents

(2)

See <u>Santosky v. Kramer</u>, 102 S.Ct. 1388 (1982); <u>Stanley v. Illinois</u>, 92 S.Ct. 1208 (1972)

For the Record, plaintiff's spouse Angela Forjour died at Del Webb Hospital, at Sun City West, Arizona and Viewing and Funeral Services were arranged through Best Funeral Services, Inc. at Peoria, Arizona.

Plaintiff Asserts that good cause Exists for the court to grant plaintiff Forjour Additional Extension to enable plaintiff file his First Amended Complaint. Plaintiff alleges that the Defendants will not be prejudice by the enlargement of time to file First Amended Complaint

(3)

Wherefore, plaintiff prays that in Good Faith, and in the Interest of Justice his motion be granted in its Entirety.

Further this Court should grant Any Other Relief that plaintiff is entitled to as Law and Justice Requires and in the Interest of Comity.

Respectfully Submitted this 20TH day of December, 2004.

By: _____
CHARLES FORSYOUR - PLAINTIFF IN PRO PER

CERTIFICATE OF SERVICE

Copy of the foregoing "Emergency Motion for Extension of Time" were mailed via united states postal service, postage prepaid

(4)

By First class Mail on December 20, 2004 and pursuant to FRAP 25(a)(C)(2) and 28 USCS 1746 institutional Mail deposit at Avenal, California as follows:

(1) The Clerk of the Court
United States District Court
450 Main Street
Hartford, CT 06103

(2) Attorney General
Office of the Connecticut Attorney General
Hartford, CT.

(3) All parties and their Attorney of Record.

By: _____
CHARLES FORDTOWER

(5)