1/30

Charles Fordjour
V28028-650-1-65L
ASP - Avenal
1 Kings Way
P.O. Box 9
Avenal, CA 93204
(559) 386-0587

PLAINTIFF IN PRO PER

02cv2117 mext

**FILED**

2004 DEC 27 A II: 09

U.S. DISTRICT COURT
HARTFORD, CT.

Extension GRANTED, nunc pro tunc, to and including February 16, 2005
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT    1/20/05

2005 JAN 20 P 10: 44
U.S. DISTRICT COURT
HARTFORD, CT.
FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

Charles Fordjour,
et al
        Plaintiff

vs.

Director of Connecticut
State Library History
and Genealogy unit
et al.
        Defendants

No. 3:02CV2117 (AWT)

"EMERGENCY MOTION
FOR THIRTY (30)
DAYS EXTENSION OF
TIME TO FILE FIRST
AMENDED COMPLAINT"

(Assigned to Honorable
Judge Alvin W. Thompson)

Pursuant to Rule 6(a)(b) of the