D. Conn.
02-CV-2117
Thompson, J.
CTDC (new haven)

FILED

2005 MAR -3 P 2: 40

U.S. DISTRICT COURT
NEW HAVEN, CT

United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 24th Day of February Two thousand and five.

Present:
    Hon. Joseph M. McLaughlin,
    Hon. Sonia Sotomayor,
        *Circuit Judges,*
    Hon. Miriam Goldman Cedarbaum,
        *District Judge.* *



FEB 24 2005

---

Charles Fordjour,

        Plaintiff-Appellant,

    v.                                        04-2895-pr

John Doe, *et al.*,

        Defendants-Appellees.

---

Certified:

FEB 25 2005

Appellant, *pro se*, moves to reinstate his appeal and to withdraw it without prejudice. Upon due consideration, it is ORDERED that the motion is denied because the appeal is now moot. This Court lacks jurisdiction to consider this appeal from the district court's March 2004 order dismissing the action, because the March 2004 order has been vacated by the district court, and the action is once more pending in that court. *See In re Kurtzman*, 194 F.3d 54, 58 (2d Cir. 1999) (*per curiam*) (noting that an appeal becomes moot, and this Court loses jurisdiction, "when it is 'impossible for the court to grant *any* effectual relief whatever to a prevailing party.'") (citations omitted).

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
FEB 24 2005

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By *Lucille Carr*

*The Honorable Miriam Goldman Cedarbaum, of the U.S. District Court for the Southern District of New York, sitting by designation.