**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
CHARLES FORDJOUR,              :
                               :
        Plaintiff,             :
                               :
     v.                        :    Case No. 3:02CV02117 (AWT)
                               :
DIRECTOR OF CONNECTICUT        :
STATE LIBRARY HISTORY AND      :
GENEALOGY UNIT, LIBRARIAN OF   :
THE CONNECTICUT STATE LIBRARY  :
HISTORY AND GENEALOGY UNIT,    :
and JOHN and JANE DOES 1-25,   :
                               :
        Defendants.            :
                               :
-------------------------------x
```

## ORDER OF DISMISSAL

On March 29, 2004, this court issued a ruling dismissing the plaintiff's case without prejudice. (See Ruling and Order (Doc. No. 13).) The plaintiff was directed to file, within forty-five days from the date of the ruling, an amended complaint including the names of the persons who held the positions of Director of Connecticut State Library History and Genealogy Unit, Librarian of the Connecticut State Library History and Genealogy Unit in August 2002 and the persons referenced only as John and Jane Doe 1-25. In addition, the plaintiff was to reassert any claims included in the complaint for which he could allege facts to overcome the deficiencies identified in the ruling. The plaintiff was warned that failure to file an amended complaint within the time specified would result in the dismissal of his case with prejudice.

In an endorsement order dated July 9, 2004, the plaintiff was again ordered to comply with the March 29, 2004 order. The order read, in part, as follows:

> The plaintiff shall file an amended complaint within forty-five (45) days from the date of this ruling. To the extent that the plaintiff has not obtained the names of John and Jane Does 1-24, he may use those names for purposes of the amended complaint until he is able, through discovery, to determine the true names. The plaintiff may add those names later if the court determines that his amended complaint should not be dismissed pursuant to 28 U.S.C. § 1915 (e)(2)(B)(i)-(iii).

(See Endorsement Order (Doc. No. 20).) The plaintiff was again warned that failure to comply with the order would result in dismissal of his case.

For various reasons, the plaintiff was granted extensions of time to file an amended complaint. The amended complaint was most recently due on February 16, 2005. To date, no amended complaint has been filed. For the reasons set forth above, the plaintiff's case is hereby DISMISSED with prejudice.

The Clerk shall close this case.

It is so ordered.

Dated this 16th day of June 2006, at Hartford, Connecticut.

                                                  /s/Alvin W. Thompson
                                    _____
                                               Alvin W. Thompson
                                      United States District Judge